UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JITTANIA SMITH, et al., | CASE NO. C24-1480-KKE |
| Plaintiff(s), | ORDER GRANTING STIPULATED MOTION TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT |
| v. | |
| ZULILY, LLC, et al., | |
| Defendant(s). | |

The parties filed a stipulated motion to extend Defendants' time to respond to the complaint. The Court finds good cause to extend the deadline and therefore GRANTS the motion. Dkt. No. 11. Defendants shall respond to the complaint no later than December 6, 2024.

Dated this 25th day of November, 2024.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT - 1