# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JITTANIA SMITH, et al., | CASE NO. 2:24-cv-01480-KKE |
| Plaintiffs, | |
| v. | ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO DISMISS |
| ZULILY, LLC, et al., | |
| Defendants. | |

This matter is before the Court on Plaintiffs' unopposed motion for an extension of time for Plaintiffs to respond to Defendants' motion to dismiss. For good cause shown, the Court GRANTS Plaintiffs' motion. Dkt. No. 17.

Plaintiffs shall have until January 17, 2025, to respond to Defendants' motion (Dkt. No. 14). Defendants' reply is now due January 24, 2025, under Local Rules W.D. Wash. LCR 7(d)(4) (explaining that a reply brief must be filed seven days after an opposition brief, for a 28-day motion). The clerk is therefore directed to RE-NOTE Defendants' motion (Dkt. No. 14) for January 24, 2025.

Dated this 27th day of December, 2024.

_Kymberly K. Evanson_
Kymberly K. Evanson
United States District Judge