1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| JITTANIA SMITH, et al., | CASE NO. C24-1480-KKE |
|---|---|
| Plaintiff(s), | MINUTE ORDER |
| v. | |
| ZULILY, LLC, et al., | |
| Defendant(s). | |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

Shortly after Plaintiffs requested additional time to respond to Defendants' motion to dismiss (Dkt. No. 14), Plaintiffs filed an amended complaint. *See* Dkt. Nos. 17, 18. No later than January 15, 2025, Defendants shall either withdraw their motion to dismiss as moot, or shall re-file their motion with respect to the operative complaint.

Dated this 6th day of January, 2025.

Ravi Subramanian
Clerk


/s/ Serge Bodnarchuk
Deputy Clerk

MINUTE ORDER - 1