UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JITTANIA SMITH, et al.,<br><br>               Plaintiff(s),<br><br>  v.<br><br>ZULILY, LLC, et al.,<br><br>               Defendant(s). | CASE NO. C24-1480-KKE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

The clerk is directed to DENY AS MOOT Defendants' first motion to dismiss (Dkt. No. 14), as a result of the Plaintiffs' filing of an amended complaint (Dkt. No. 18).

Dated this 13th day of January 2025.

                                                   Ravi Subramanian
                                                   Clerk

                                                   */s/ Serge Bodnarchuk*
                                                 Deputy Clerk

MINUTE ORDER - 1