**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| JITTANIA SMITH, *et al.*, | CASE NO. 2:24-cv-01480-KKE |
| Plaintiffs, | |
| v. | ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AN OVER-LENGTH OPPOSITION BRIEF |
| ZULILY, LLC, *et al.*, | |
| Defendants. | |

Plaintiffs filed a motion for leave to file an over-length brief in response to Defendants' motion to dismiss the First Amended Complaint. Dkt. No. 23. For good cause shown, the Court GRANTS Plaintiffs' motion.

Plaintiffs may file a brief in opposition to Defendants' motion to dismiss the First Amended Complaint that is no longer than 14,000 words excluding captions, tables of contents, tables of authorities, signature blocks, certificates of service, or certificates of compliance with the word limitations of Local Civil Rule 7(e)(6). Defendants may file a reply brief that is no longer than

7,000 words. *See* LCR 7(f)(3) ("In all cases, the reply brief shall not exceed one-half the total length of the brief filed in opposition.").

Dated this 30th day of January, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge