UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| JITTANIA SMITH, et al., | CASE NO. C24-1480-KKE |
|---|---|
| Plaintiff(s), | CASE SCHEDULE |
| v. | |
| ZULILY, LLC, et al., | |
| Defendant(s). | |

Upon review of the parties' joint status report (Dkt. No. 31), the Court ORDERS that this case shall conform to the following schedule:

| EVENT | DEADLINE |
|---|---|
| Defendants' file corporate disclosure statement | August 29, 2025 |
| Join additional parties | December 31, 2025 |
| Completion of pre-certification discovery | December 31, 2025 |
| Plaintiffs' motion for class certification (to be briefed in accordance with Local Rules W.D. Wash. LCR 7(d)(4)) | February 27, 2026 |

CASE SCHEDULE - 1

The remainder of the case schedule will be set after the Court's resolution of the motion for class certification.

Dated this 22nd day of August, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

CASE SCHEDULE - 2