UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JITTANIA SMITH, et al., <br><br> Plaintiff(s), <br> v. <br><br> ZULILY, LLC, et al., <br><br> Defendant(s). | CASE NO. C24-1480-KKE <br><br> ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME |

The Court previously set a case schedule that ordered the parties to, among other things, complete pre-certification discovery no later than December 31, 2025. Dkt. No. 32. The parties have filed a stipulated motion to extend that deadline to February 6, 2026. Dkt. No. 37.

Finding good cause for an extension, the Court GRANTS the motion. Dkt. No. 37. The parties shall complete pre-certification discovery no later than February 6, 2026. All other deadlines previously set (Dkt. No. 32) remain in effect.

Dated this 17th day of December, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME - 1