UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JITTANIA SMITH, et al., | CASE NO. C24-1480-KKE |
| Plaintiff(s), | ORDER GRANTING STIPULATED |
| v. | MOTION FOR EXTENSION OF TIME |
| ZULILY, LLC, et al., | |
| Defendant(s). | |

The Court finds good cause to GRANT the parties' stipulated motion to extend certain case deadlines. Dkt. No. 39. The pre-certification discovery deadline is extended until March 13, 2026, and the deadline by which Plaintiffs must move for class certification is extended to March 26, 2026.

Dated this 2nd day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME - 1