# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

JITTANIA SMITH, *et al.*,

      Plaintiffs,

  v.

ZULILY, LLC, *et al.*,

      Defendants.

CASE NO. 2:24-cv-01480-KKE

ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME

This matter is before the Court on Plaintiffs' unopposed motion to extend certain case deadlines related to class certification.  Dkt. No. 41.  For good cause shown, the Court **GRANTS** Plaintiffs' motion.  The pre-certification discovery deadline is extended to April 17, 2026, and the deadline by which Plaintiffs must move for class certification is extended to April 27, 2026.

Dated this 16th day of March, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME