# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

JITTANIA SMITH, *et al.*,

        Plaintiffs,

  v.

ZULILY, LLC, *et al.*,

        Defendants.

CASE NO. 2:24-cv-01480-KKE

ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME

Plaintiffs filed an unopposed motion to extend certain case deadlines related to class certification. Dkt. No. 43. For good cause shown, the Court GRANTS Plaintiffs' motion. The pre-certification discovery deadline is extended to May 17, 2026, and the deadline by which Plaintiffs must move for class certification is extended to May 29, 2026.

Dated this 27th day of April, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME