UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JITTANIA SMITH, et al.,

                Plaintiff(s),

     v.

ZULILY, LLC, et al.,

                Defendant(s).

CASE NO. C24-1480-KKE

ORDER TO MEET AND CONFER

Plaintiffs in this putative class action filed a motion to certify a class that was noted for July 1, 2026. Dkt. No. 50. Defendants did not oppose the motion.

Given the lack of opposition to Plaintiffs' motion, the Court ORDERS the parties to meet and confer on a stipulated motion to certify a class. If the parties cannot reach an agreement on the terms of such an order, Plaintiffs may file a unilateral proposed order. A proposed order, whether stipulated or unilateral, must be filed no later than July 17, 2026. The clerk is directed to RE-NOTE Plaintiffs' motion (Dkt. No. 50) for July 17, 2026.

Dated this 2nd day of July, 2026.

Kymberly K. Evanson
United States District Judge

ORDER TO MEET AND CONFER - 1