**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| JITTANIA SMITH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ZULILY, LLC, *et al.*,<br><br>Defendants. | CASE NO. 2:24-cv-01480-KKE<br><br>ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF A CLASS MEMBER NOTICE |

Plaintiffs filed an Unopposed Motion for Approval of a Class Member Notice. Dkt. No. 54. Consistent with Federal Rule of Civil Procedure 23(c)(2)(B), the Court GRANTS the motion. Class counsel is authorized to distribute the proposed class member notice (Dkt. No. 54-1) via United States mail to the last known addresses of the class members that are in Defendants' records.

Dated this 12th day of August, 2026.

Kymberly K. Evanson
United States District Judge