UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JITTANIA SMITH, et al.,<br><br>Plaintiff(s),<br>v.<br><br>ZULILY, LLC, et al.,<br><br>Defendant(s). | CASE NO. C24-1480-KKE<br><br>ORDER TO FILE A JOINT STATUS REPORT |

Having granted Plaintiffs' unopposed motion for class certification, the Court now directs the parties to submit a revised Joint Status Report no later than September 4, 2026, setting forth the parties' positions (agreed or separate) on the following:

1. The date by which merits discovery can be completed.

2. The date the case will be ready for the initial bench trial. *See* Dkt. No. 31 at 5–6.

3. The number of trial days required for that initial portion.

4. The dates on which trial counsel may have complications to be considered in setting a trial date.

5. Whether a scheduling conference would be useful before setting the remainder of the case schedule, and if so, what issues should be addressed at a conference.

Dated this 27th day of August, 2026.

Kymberly K. Evanson

Kymberly K. Evanson
United States District Judge